**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,    )
                                  )
           v.            )    Criminal No. 06-CR-204
                                  )
BRUCE D. HOPFENGARDNER,    )
                                  )
     Defendant.         )
_____  )

**<u>NOTICE OF APPEARANCE</u>**

     COMES NOW the United States by and through its undersigned counsel and hereby moves the Court to enter the appearance of James A. Crowell IV as counsel for the Government in the above-captioned matter.  Accordingly, the Government asks the Court to designate James A. Crowell IV as additional lead counsel and attorney to be noticed for the Government.

                     Respectfully Submitted,

                     BRENDA K. MORRIS
                     Acting Chief, Public Integrity Section

By:   _____
        JAMES A. CROWELL IV
        Trial Attorney

        U.S. Department of Justice
        Criminal Division
        Public Integrity Section
        1400 New York Ave., NW
        Washington, DC 20005
        (202) 514-1412
        james.crowell@usdoj.gov