**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **Criminal No.** |
| | ) | |
| BRUCE D. HOPFENGARDNER, | ) | Count One: 18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| Defendant. | ) | Count Two: 18 U.S.C. § 1956(h) |
| | ) | (Money Laundering Conspiracy) |
| | ) | Forfeiture : 18 U.S.C. § 982 |
| _____ | | |

ELEMENTS AND MAXIMUM PENALTIES

The United States of America, by and through the undersigned attorney, respectfully submits to the Court the elements and maximum penalties for the charges in the Information to which the Defendant has agreed to plead guilty.

The elements of Title 18, U.S. Code, Section 371, as charged in Count 1, are:

1. First, that the Defendant conspired or agreed with two or more persons to violate a statute or statutes of the United States, namely, to commit the crime of wire fraud (18 U.S.C. § 1343);

2. Second, the Defendant's knowing and voluntary participation in the conspiracy; and

3. Third, the commission of an overt act in furtherance of the conspiracy.

The maximum penalties for a conviction of Count 1 are:

1. Imprisonment for five (5) years;

2. Fine of $250,000 (see 18 U.S.C. § 3571);

    3. Supervised release for three (3) years following a period of incarceration;

    4. Forfeiture of the proceeds of the conspiracy to commit wire fraud and, as appropriate, substitute property;

    5. The costs of prosecution;

    6. Restitution pursuant to 18 U.S.C. § 3663A; and

    7. A special assessment of $100 pursuant to 18 U.S.C. § 3013.

The elements of Title 18, U.S. Code, Section 1956(h), as charged in Count 2, are:

    1. First, that the Defendant conspired or agreed with at least one other person to violate a money laundering statute or statutes of the United States, namely, to violate 18 U.S.C. § 1956 and/or 18 U.SC. § 1957, as charged in Count 2 of the Information; and

    2. Second, that the Defendant's participation in the conspiracy was knowing and voluntary.

The statutory maximum penalties for a conviction of Count 3 are:

    1. Imprisonment for twenty (20) years;

    2. Fine of $500,000 (see 18 U.S.C. § 1956);

    3. Supervised release for three (3) years following a period of incarceration;

    4. Forfeiture of all property involved or traceable to the money laundering offense and, as appropriate, substitute property;

5. The costs of prosecution;

6. Restitution pursuant to 18 U.S.C. § 3663A; and

7. A special assessment of $100 pursuant to 18 U.S.C. § 3013.

DATED: July 24, 2006.                Respectfully submitted,

BRENDA K. MORRIS
Deputy Chief,
Public Integrity Section


_____//s//_____
MARK YOST
PATRICK MURPHY
Trial Attorneys
Asset Forfeiture and Money Laundering Section

JAMES A. CROWELL IV
ANN C. BRICKLEY
Trial Attorneys
Public Integrity Section

U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1263
mark.yost@usdoj.gov
patrick.murphy@usdoj.gov
james.crowell@usdoj.gov
ann.brickley@usdoj.gov

**Certificate of Service**

      I hereby certify that, on July 24, 2006, I caused the service of a true copy of this pleading on counsel for Defendant by transmitting a copy by e-mail:

John Perazich, Esq.
1835 Irving St., NW
Washington, DC 20010
jperazich@progidy.net


//s//
_____
