CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

July 26, 2006

UNITED STATES OF AMERICA

v.                                                                          Criminal No. **06cr204**

**BRUCE D. HOPFENGARDNER**

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court as set out below:

| | |
|---|---|
| CASE SET FOR: | PLEA |
| DATE: | FRIDAY, AUGUST 25, 2006 |
| TIME: | 9:00 A.M. |
| JUDGE: | COLLEEN KOLLAR-KOTELLY |
| COURTROOM: | NO. 28-A, Sixth Floor, Annex |

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/_____
Deputy Clerk

cc:   Chambers
      File
      Courtroom Clerk
      John Perazich, Esq.
      Mark Yost, AUSA
      U.S. Probation Office
      Pretrial Services Agency