IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.    ) | **Criminal No. 06-204-ckk** |
| ) | |
| BRUCE D. HOPFENGARDNER, ) | Count One: 18 U.S.C. § 371 |
| ) | (Conspiracy) |
| Defendant.    ) | Count Two: 18 U.S.C. § 1956(h) |
| ) | (Money Laundering Conspiracy) |
| ) | Forfeiture : 18 U.S.C. § 982 |

## ELEMENTS OF WIRE FRAUD AND RELEVANT MONEY LAUNDERING STATUTES

The United States of America, by and through the undersigned attorney, respectfully submits to the Court the elements for wire fraud and the money laundering statutes relevant to Count 2.

The elements of Title 18, U.S. Code, Section 1343, are:

1. First, that the Defendant knowingly participated in a scheme to defraud and obtain money or property by false or fraudulent pretenses and representations;

2. Second, that the scheme included a material misrepresentation or concealment of a material fact;

3. Third, that the Defendant had the intent to defraud; and

4. Fourth, that the Defendant used or caused another to use wire communications in interstate and foreign commerce.

The elements of Title 18, U.S. Code, Section 1956(a)(1)(A)(i) are:

    1. First, that the Defendant knowingly conducted or attempted to conduct a financial transaction;

    2. Second, that the Defendant knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity;

    3. Third, that the property involved in the financial transaction must, in fact, have involved the proceeds of specified unlawful activity; and

    4. Fourth, that the Defendant engaged in the financial transaction with the intent to promote the carrying on of specified unlawful activity.

The elements of Title 18, U.S. Code, Section 1956(a)(2)(A) are:

    1. First, that the Defendant knowingly transported, transmitted, or transferred, or attempted to transport, transmit, or transfer funds;

    2. Second, that the funds were sent from a place outside the United States to a place in the United States; and

    3. Third, that the Defendant must do so with the intent to promote the carrying on of specified unlawful activity.

The elements of Title 18, U.S. Code, Section 1957 are:

    1. First, that Defendant knowingly engaged or attempted to engage in a monetary transaction;

2. Second, that the Defendant knew that the transaction involved criminally derived property;

3. Third, that the criminally derived property was of a value greater than $10,000;

4. Fourth, that the criminally derived property was, in fact, derived from a specified unlawful activity; and

5. Fifth, that the monetary transaction must have taken place in the United States and the Defendant is a U.S. person.

DATED: August 24, 2006.   Respectfully submitted,

BRENDA K. MORRIS
Deputy Chief,
Public Integrity Section

MARK YOST
PATRICK MURPHY
Trial Attorneys
Asset Forfeiture and Money Laundering Section

JAMES A. CROWELL IV
ANN C. BRICKLEY
Trial Attorneys
Public Integrity Section

U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1263
mark.yost@usdoj.gov

patrick.murphy@usdoj.gov
james.crowell@usdoj.gov
ann.brickley@usdoj.gov

## Certificate of Service

I hereby certify that, on August 24, 2006, I caused the service of a true copy of this pleading on counsel for Defendant by transmitting a copy by e-mail, and that on August 25, 2006, I hand-delivered a true copy of this pleading on:

John Perazich, Esq.
1835 Irving St., NW
Washington, DC 20010
jperazich@progidy.net