IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **Criminal No.** 06-204-CKK |
| | ) | |
| BRUCE D. HOPFENGARDNER, | ) | Count One: 18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| Defendant. | ) | Count Two: 18 U.S.C. § 1956(h) |
| | ) | (Money Laundering Conspiracy) |
| | ) | Forfeiture : 18 U.S.C. § 982 |

ADDENDUM TO PLEA AGREEMENT

The United States of America, by and through the undersigned attorneys, and Defendant Bruce D. HOPFENGARDNER, after consulting with his attorney, hereby agree and enter into the following Addendum to Paragraph 18 of the Plea Agreement pursuant to Rule 11 of the Federal Rules of Criminal Procedure:

Although the Defendant agrees to give up his right to appeal the actual sentence the Court imposes and the manner in which the Court determines the Defendant's sentence, the Defendant retains his right to appeal whether his plea was unlawful, in some way involuntary, and the reasonableness of the sentence imposed by the Court.

August 25, 2006.

FOR THE Defendant

_____
Bruce D. HOPFENGARDNER

_____
John Perazich, Esq.
1835 Irving St., NW
Washington, DC 20010
(202) 986-7500
jperazich@progidy.net

FOR THE UNITED STATES

BRENDA K. MORRIS
Deputy Chief, Public Integrity Section

_____
MARK YOST, Trial Attorney
PATRICK MURPHY, Trial Attorney
Asset Forfeiture and Money Laundering Section

JAMES A. CROWELL IV, Trial Attorney
ANN C. BRICKLEY, Trial Attorney
Public Integrity Section
Criminal Division

U.S. Department of Justice
1400 New York Ave., NW
Washington, DC 20530
(202) 514-5616
(202) 514-1263 (AFMLS)
(202) 514-1412 (PUBLIC INTEGRITY)
mark.yost@usdoj.gov
patrick.murphy@usdoj.gov
james.crowell@usdoj.gov
ann.brickley@usdoj.gov