AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
AUG 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |

Bruce D. Hopfengardner

CASE NUMBER: 06-204

I, _Bruce D. Hopfengardner_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Aug. 25, 2006_ prosecution by indictment and consent that the
*Date*
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer