U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

AUG 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Bruce D. Hopfengardner

Case No. 06-204-CKK

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __25__ day of __August 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __8/25/06__ by __S/A Randy Gregory or other agents__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __Pretrial Services__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) Colleen Kollar-Kotelly

DOJ-USA-16-1-80

DEFENSE COUNSEL