**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                           ) | |
|         v.                                               ) | Criminal No. 06-CR-00204-CKK |
|                                                           ) | |
| BRUCE HOPFENGARDNER            ) | |
|                                                           ) | |
|         Defendant.                                ) | |
| _____  ) | |

**NOTICE OF APPEARANCE**

COMES NOW the United States by and through its undersigned counsel and hereby moves the Court to enter the appearance of Ann Brickley as additional counsel for the Government in the above-captioned matter. Accordingly, the Government asks the Court to designate Ann Brickley as co-counsel and an attorney to be noticed for the Government.

                                              Respectfully Submitted,

                                              EDWARD C. NUCCI
                                              Acting Chief, Public Integrity Section

By:    /s/ Ann C. Brickley
         ANN C. BRICKLEY
         Trial Attorney

         U.S. Department of Justice
         Criminal Division
         Public Integrity Section
         1400 New York Ave., NW
         Washington, DC 20005
         (202) 514-1412
         Ann.Brickley@usdoj.gov