UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | CRIMINAL NO. 06-204 |
| : | Judge Colleen Kollar-Kotelly |
| vs. : | |
| : | |
| BRUCE D. HOPFENGARDNER : | |
| : | |
| Defendant : | |

### ORDER

That parties shall file Memorandum in Aid of Sentencing, by no later than <u>JUNE 8, 2007</u>; and it is

FURTHER ORDERED that the parties shall file any Responses, by no later than <u>JUNE 15, 2007</u>; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom 28A on <u>JUNE 25, 2007 AT 9:00 A.M.</u>

IT IS SO ORDERED,

Date: March 23, 2007

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers    James Crowell, IV, AUSA
    File        John Perazich, Esquire
    Pretrial    Probation