HONORABLE COLLEEN KOLLAR-KOTELLY

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Bruce Hopfengardner                     Docket No.: CR 06-204-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Bruce Hopfengardner** having been sentenced, on June 25, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to ___FMC Butner___, in ___Butner, NC___ by 2 p.m., on ___August 30, 2007___.

_8/23/07_
Date

_Colleen Kollar-Kotelly_
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_[signature]_                                              x _[signature]_
**ATTORNEY/U.S. PROBATION OFFICER**                        **DEFENDANT**

Revised 6-2004

(N)