IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
 )
   v. )
 )  No. 1:06-cr-204-CKK
BRUCE D. HOPFENGARDNER, )
 )
   Defendant. )
 )

## GOVERNMENT'S MOTION TO UNSEAL

The United States, by and through its undersigned counsel, respectfully moves the Court

to unseal the Government's Sentencing Statement and Departure Motion. The information

contained in the Sentencing Statement and Departure Motion will no longer jeopardize the

criminal investigation and prosecution of this and related cases. The government therefore asks

the Court to direct the Clerk of Court to unseal the Government's Sentencing Statement and

Departure Motion. A proposed order is attached.

       Respectfully submitted,

       WILLIAM M. WELCH II
       Chief

Dated Mar. 11, 2008  By:  /s/ Michael Ferrara
       ANN C. BRICKLEY
       MICHAEL FERRARA
       Trial Attorneys
       Public Integrity Section
       Criminal Div., U.S. Dep't of Justice
       1400 New York Ave. NW, 12th Fl.
       Washington, DC 20005
       Tel.: 202-514-1412

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:06-cr-204-CKK |
| | ) | |
| BRUCE D. HOPFENGARDNER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The government's motion to unseal is granted and it is hereby ordered that the

Government's Sentencing Statement and Departure Motion is unsealed.


SO ORDERED this _____ day of March 2008.


_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2008, I caused John Perazich, counsel to defendant

Bruce D. Hopfengardner, to be electronically notified of the attached motion and proposed order,

via filing on CM/ECF.

/s/ Michael Ferrara
Trial Attorney