**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|                                         |   |                          |
|-----------------------------------------|---|--------------------------|
| **UNITED STATES OF AMERICA**            | : | **Crim. No. 6:00204 (CKK)** |
|                                         | : |                          |
| **v.**                                  | : |                          |
|                                         | : |                          |
| **BRUCE D. HOPFENGARDNER,**             | : |                          |
| **Defendant**                           | : |                          |
| _____   | : |                          |

**MOTION OF THE UNITED STATES FOR A FINAL ORDER
OF FORFEITURE, WITH SUPPORTING SUGGESTIONS**

The United States of America, by its undersigned counsel, respectfully submits its

Motion for a Final Order of Forfeiture in the above-entitled case for the reasons set forth below.

A proposed order is submitted with this motion.

1.  On July 7, 2006, the United States filed a criminal Information and Plea Agreement

entered into by the Defendant, Bruce D. Hopfengardner (the "Defendant"), and the Government.

[Dkt #1, 2].  On June 21, 2007, the United States filed a Motion for Entry of a Preliminary Order

of Forfeiture [Dkt #15].  The Court signed the Preliminary Order on June 29, 2007 [Dkt #16].

According to the Order, the Defendant had an interest in the following property (the "Subject

Property"):

> a. One Yukon Denali, VIN 1GKEK63U04J244320;

> b. One Harley Davidson motorcycle, VIN 1 HD1 FCW3X4Y6293 11;

> c. One Toshiba Satellite Model P25-S609 laptop computer;[1]

> d. One Breitling watch bearing the identification number E56321;

--------------------------------------------

[1] Due to an inadvertent error in the Government's motion, the Preliminary Order referenced the incorrect model number for this property, namely "P25-S509."  The correct model number was listed in the published notice for this property.  *See* Appendix A.

e. $22,400.00 in U.S. currency;

f. $3,121.77 located within Schwab Acct 91393887; and

g. $17.33 located within Exchange Bank Accounts 171009004 and 1750077160;[2] and

h. Various camera equipment, including:

     i.      One Canon EF 600 mm f/4 lens;

     ii.     One Canon EOS 10D;

     iii.    One Canon EF 28-135mm f/3.5-5.6 USM lens;

     iv.    One Canon EF 16-35mm f2.8L USM lens;

     v.     One Canon 100-400mm f/4.5-5.6L EF IS lens;

     vi.    One Canon Extender EF 2X II;

     vii.   One Canon EF 50mm f/2.5 Compact Macro Autofocus lens;

     viii.  One Canon Macro Ring Lite MR-14EX;

     ix.    One Canon Speedlite 550EX;

     x.     One Canon CAPS400 Compact Power Adapter USA; and

     xi.    One Canon Remote Switch RS-80N3.

The Preliminary Order further determined that the United States had established the requisite nexus between such property and the offenses to which the Defendant was pleading guilty, and that the Defendant's interest was deemed forfeited as a result of that guilty plea. (Preliminary Order ¶ 3). The Court further ordered that, pursuant to Fed. R. Crim, P. 32.2(b)(3), the

---

[2] Due to an inadvertent error in the Government's motion, the Preliminary Order referenced the incorrect amount for this property, namely "$41.33." The correct amount was listed in the published notice for this property. *See* Appendix A.

Preliminary Order would become final as to the Defendant at the time of sentencing.  (Id. ¶ 7).

The Defendant was subsequently sentenced on June 25, 2007.

2.  With respect to any potential interests of third parties in the Subject Property, the

Court ordered the Government to publish notice of the Preliminary Order and its intent to

dispose of the Subject Property.  (Id. ¶ 4).  In accordance with the Preliminary Order and with 18

U.S.C. § 983, the United States Department of Treasury properly published notice of the

forfeiture of the above-described property and the requirements for filing a claim for the Subject

Property in The

Washington Times on April 14, 2008, April 21, 2008 and April 28, 2008; in The Free Lance-Star

(Fredericksburg, Virginia) on April 14, 2008, April 21, 2008 and April 28, 2008; and in The

Press Democrat (Santa Rosa, California) on April 28, 2008.  Affidavits of Publication specifying

the details of this publication is attached as Exhibit A to this motion.

3.  Pursuant to 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(n), any person asserting a legal

interest in the property subject to forfeiture may, within thirty (30) days of the final publication

of notice, or of receipt of actual notice, whichever is earlier, petition the Court for a hearing to

adjudicate the validity of his/her alleged interest in the property.  No claims were filed within the

30-day period.  Therefore, any third-party interests are barred by failure of other third parties to

file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

with this motion.

Respectfully submitted,

WILLIAM WELCH II
Chief, Public Integrity Section

**s/ Ann C. Brickley**

By: _____

ANN C. BRICKLEY
ETHAN H. LEVISON
Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: Ann.Brickley@usdoj.gov

Dated: August 19, 2008

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Crim. No. 6:00204 (CKK)** |
|  | **:** |  |
| **v.** | **:** |  |
|  | **:** |  |
| **BRUCE D. HOPFENGARDNER,** | **:** |  |
|  | **:** |  |
| **Defendant** | **:** |  |
| _____ | **:** |  |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 29, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the property listed in that Order (the "Subject Property"); and

WHEREAS, the United States caused to be published in The Washington Times, The Free Lance-Star and The Press Democrat, newspapers of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982 and 28 U.S.C. § 2461;

NOW  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to Title 18,

United States Code, §§ 981 and 982 and Title 28, United States Code, § 2461.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the Public Integrity Section, Criminal Division, United States Department of Justice, Attention: Trial Attorney Ann Brickley.

SO ORDERED:

Dated:

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on this 19th day of August 2008, that I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:


John Perazich, Esq.
1835 Irving Street, NW
Washington, DC 20010
(202) 986-7500
Fax: (202) 986-2386
Email: pwynn@prodigy.net




        **s/ Ann C. Brickley**
BY:   _____
        ANN C. BRICKLEY
        Trial Attorney
        U.S. Department of Justice
        Criminal Division
        1400 New York Ave., NW
        Washington, DC 20530
        Phone: (202) 514-1412
        Fax: (202) 514-3003
        Email: Ann.Brickley@usdoj.gov