**EXHIBIT A**

## AFFIDAVIT OF PUBLICATION

**AD# 10188358**

District of Columbia, ss,
Personally appeared before me, FAITH H. ALLBRITTON,
a Notary Public in and for the District of Columbia,

CARL S. JOHNSON, who is being duly sworn according to law, an oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

### The Washington Times

Circulated daily, in the City of Washington, District of Columbia, and that the advertisement, of which the annexed is a true copy, was published in said newspaper 3 time(s) on the following dates:

2008 APRIL 14, 21 & 28

at the rate of $ 1.82 per line.

Total Cost $ 2,042.82 Dollars

*[signature]*

Subscribed and sworn to before me

APRIL 30, 2008

Notary Public *Faith H. Allbritton*

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff,) )
)
v. ) CR. No. 06-204
)
BRUCE D. HOPFENGARDNER, )
)
Defendant. )

## NOTICE OF FORFEITURE

Notice is hereby given that on June 23, 2007, in the above-captioned case, the Honorable Colleen Kollar-Kotelly, United States District Judge for the District of Columbia, entered an Order forfeiting to the United States of America the properties listed on the attached List of Forfeited Property.

The Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of each of the forfeited properties in such manner as the Attorney General of the United States may direct. Any persons or entities having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the District of Columbia for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, United States Code, Section 853(n) and Federal Rule of Criminal Procedure 32.2. If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under § 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. 21 U.S.C. § 853(n)(3). Corporate persons may only file claims if represented by counsel.

The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the United States District Court for the District of Columbia in Criminal Case No. 06-16 at the following address:
Clerk, United States District Court,
District of Columbia
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

You must also serve the United States Department of Justice with your petition at the following address:
10th & Constitution Ave., N.W.,
Criminal Division, Public Integrity Section,
Bond Building, Washington, D.C. 20530
Attn: Trial Attorney Kathryn Albrecht

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE SUBJECT PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

## LIST OF FORFEITED PROPERTY

The following property is subject to forfeiture pursuant to 18 U.S.C. §§ 981, 982 and 28 U.S.C. § 2461:

a. One Yukon Denali, VIN 1GKEK63U04J244320;
b. One Harley Davidson motorcycle, VIN 1 HD1 FCW3X4Y6293 11;
c. One Toshiba Satellite Model P25-S609 laptop computer;
d. One Breitling watch bearing the identification number E56321;
e. $22,400.00 in U.S. currency;

f. $3,121.77 located within Schwab Acct 91393887;

g. $17.33 located within Exchange Bank Accounts 171009004 and 1750077160;

h. Various camera equipment, including:
i. One Canon EF 600 mm f/4 lens;
ii. One Canon EOS 10D;
iii. One Canon EF 28-135mm f/3.5-5.6 USM lens;
iv. One Canon EF 16-35mm f2.8L USM lens;
v. One Canon 100-400mm f/4.5-5.6L EF IS lens;
vi. One Canon Extender EF 2X II;
vii. One Canon EF 50mm f/2.5 Compact Macro Autofocus lens;
viii. One Canon Macro Ring Lite MR-14EX;
ix. One Canon Speedlite 550EX;
x. One Canon CAPS400 Compact Power Adapter USA;
xi. One Canon Remote Switch RS-80N3;

xii. One Lowepro camera back pack;

xiii. Cannon batteries; and

xiv. Lens filters.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
UNITED STATES OF AMERICA, Plaintiff, v.
BRUCE D. HOPFENGARDNER, Defendant.
CR. No. 06-204

**NOTICE OF FORFEITURE**

Notice is hereby given that on June 23, 2007, in the above-captioned case, the Honorable Colleen Kollar-Kotelly, United States District Judge for the District of Columbia, entered an Order forfeiting to the United States of America the properties listed on the attached List of Forfeited Property.

The Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of each of the forfeited properties in such manner as the Attorney General of the United States may direct. Any persons or entities having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the District of Columbia for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, United States Code, Section 853(n) and Federal Rule of Criminal Procedure 32.2. If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under § 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and, the relief sought. 21 U.S.C. § 853(n)(3). Corporate persons may only file claims if represented by counsel.

The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the United States District Court for the District of Columbia in Criminal Case No. 06-16 at the following address:

Clerk, United States District Court, District of Columbia, 1225 E. Barrett Prettyman, United States Courthouse, 333 Constitution Avenue, N.W. Washington, DC 20001

You must also serve the United States Department of Justice with your petition at the following address:

10th & Constitution Ave., N.W., Criminal Division, Public Integrity Section, Bond Building, Washington, D.C. 20530, Attn: Trial Attorney Kathryn Albrecht.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE SUBJECT PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

**LIST OF FORFEITED PROPERTY**

The following property is subject to forfeiture pursuant to 18 U.S.C. §§ 981, 982 and 28 U.S.C. § 2461:
a. One Yukon Denali, VIN 1GKEK63U04J244320;
b. One Harley Davidson motorcycle, VIN 1 HD1 FCW3X4 Y6293 11;
c. One Toshiba Satellite Model P25-S609 laptop computer;
d. One Breitling watch bearing the identification number E56321;
e. $22,400.00 in U.S. currency;
f. $3,121.77 located within Schwab Acct 91393887;
g. $17.33 located within Exchange Bank Accounts 171009004 and 1750077160;
h. Various camera equipment, including:
  i. One Canon EF 600 mm f/4 lens;
  ii. One Canon EOS 10D;
  iii. One Canon EF 28-135mm f/3.5-5.6 USM lens;
  iv. One Canon EF 16-35mm f2.8L USM lens;
  v. One Canon 100-400mm f/4.5-5.6L EF IS lens;
  vi. One Canon Extender EF 2X II;
  vii. One Canon EF 50mm f/2.5 Compact Macro Autofocus lens;
  viii. One Canon Macro Ring Lite MR-14EX;
  ix. One Canon Speedlite 550EX;
  x. One Canon CAPS400 Compact Power Adapter USA;
  xi. One Canon Remote Switch RS-80N3;
  xii. One Lowepro camera back pack;
  xiii. Cannon batteries; and
  xiv. Lens filters.

Treasury # 390

# AFFIDAVIT

**THE FREE LANCE STAR**
616 Amelia Street
Fredericksburg, Virginia 22401

Subject: Notice of Forfeiture
Hopfengardner

I hereby certify that the attached notice was published in The Free Lance-Star, a newspaper published daily in Fredericksburg, Va. on the following date (s):

**April 14, 21, 28, 2008**

✓ Listed additionally on-line @ Fredericksburg.com

*Tracy Osterlund*
Tracy Osterlund
Accounting Assistant

Subscribed and sworn to before me,
This 28th day of April 2008

*Linda D. Alsop*
Notary Public

LINDA D. ALSOP
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #314273
My Commission Expires June 30, 2010

PROOF OF PUBLICATION

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Sonoma

I am a citizen of the United States and a resident of the county aforesaid: I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of The Press Democrat, a newspaper of general circulation, printed and published DAILY IN THE City of Santa Rosa, County of Sonoma; and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sonoma, State of California, under the date of November 29, 1951, Case number 34831, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

The Press Democrat
4/14 1x, s4/21 1x, s4/28 1x - 04/28/2008

I certify (or declare) under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated at Santa Rosa, California, on

04/28/2008

*Roxanne Nissan*

SIGNATURE

This space for County Clerk's Filing Stamp

Proof of Publication of

**PUBLIC NOTICE**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
UNITED STATES OF AMERICA,
Plaintiff,
v.
BRUCE D. HOPFENGARDNER,
Defendant.
CR. No. 06-204
**NOTICE OF FORFEITURE**

Notice is hereby given that on June 23, 2007, in the above-captioned case, the Honorable Colleen Kollar-Kotelly, United States District Judge for the District of Columbia, entered an Order forfeiting to the United States of America the properties listed on the attached List of Forfeited Property.

The Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of each of the forfeited properties in such manner as the Attorney General of the United States may direct. Any persons or entities having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the District of Columbia for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, United States Code, Section 853(n) and Federal Rule of Criminal Procedure 32.2. If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under § 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. 21 U.S.C. § 853(n)(3). Corporate persons may only file claims if represented by counsel.

The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the United States District Court for the District of Columbia in Criminal Case No. 06-16 at the following address:

Clerk, United States District Court,
District of Columbia
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

You must also serve the United States Department of Justice with your petition at the following address:
10th & Constitution Ave., N.W.,
Criminal Division, Public Integrity Section,
Bond Building, Washington, D.C. 20530
Attn: Trial Attorney Kathryn Albrecht

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE SUBJECT PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS

FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED, WHICH SHALL BE WARRANTABLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

LIST OF FORFEITED PROPERTY

The following property is subject to forfeiture pursuant to 18 U.S.C. §§ 981, 982 and 28 U.S.C. § 2461:

a. One Yukon Denali, VIN 1GKEK63U04J244320;
b. One Harley Davidson motorcycle, VIN 1 HD1 FCW3X4Y6293 11;
c. One Toshiba Satellite Model P25-S609 laptop computer;
d. One Breitling watch bearing the identification number E56321;
e. $22,400.00 in U.S. currency;
f. $3,121.77 located within Schwab Acct 91393887;
g. $17.33 located within Exchange Bank Accounts 171009004 and 1750077160;
h. Various camera equipment, including:
   i. One Canon EF 600 mm f/4 lens;
   ii. One Canon EOS 10D;
   iii. One Canon EF 28-135mm f/3.5-5.6 USM lens;
   iv. One Canon EF 16-35mm f2.8L USM lens;
   v. One Canon 100-400mm f/4.5-5.6L EF IS lens;
   vi. One Canon Extender EF 2X II;
   vii. One Canon EF 50mm f/2.5 Compact Macro Autofocus lens;
   viii. One Canon Macro Ring Lite MR-14EX;
   ix. One Canon Speedlite 550EX;
   x. One Canon CAPS400 Compact Power Adapter USA;
   xi. One Canon Remote Switch RS-80N3;
   xii. One Lowepro camera back pack;
   xiii. Cannon batteries; and
   xiv. Lens filters.

1269218 - Pub. Apr. 14, 21, 28, 2008                3ti.